```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 20053
   MATTHEW THOMAS RIES
   JHADE RIES                               CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-0104     SSN XXX-XX-3922


---------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/31/08 and confirmed on 10/09/08.

   2.  The case was dismissed after confirmation, 01/30/2009.

   3.  The Debtor paid a total of $   1500.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | 3500.00 | 18.96 | 281.33 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 15000.00 | 82.08 | 1035.00 |
| FOSTER PREMIER | NOTICE ONLY | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | .00 |
| AAA CHECKMATE | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTISTS | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| ALLSTATE | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CARDIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| A BADOWSKI MD | UNSECURED | NOT FILED | .00 | .00 |
| BRIAN SWANINGER | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT LOAN SERVICING CE | UNSECURED | NOT FILED | .00 | .00 |
| DOWNERS GROVE FAMILY PRA | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE NEONATOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE VALLEY ANESTHESIO | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |

```
LABORATORY & PATHOLOGY D  UNSECURED       NOT FILED              .00           .00
MCI                       UNSECURED       NOT FILED              .00           .00
MIDWEST PATHOLOGY         UNSECURED       NOT FILED              .00           .00
MIDWEST WOMEN OBGYN       UNSECURED       NOT FILED              .00           .00
MILLENIUM PEDIATRICS      UNSECURED       NOT FILED              .00           .00
NAPERVILLE RADIOLOGISTS   UNSECURED       NOT FILED              .00           .00
PARAMEDIC BILLING SERVIC  UNSECURED       NOT FILED              .00           .00
QUEST DIAGNOSTICS         UNSECURED       NOT FILED              .00           .00
RADIOLOGISTS OF DUPAGE    UNSECURED       NOT FILED              .00           .00
RATHBUN CSERVENYAK & KOZ  UNSECURED       NOT FILED              .00           .00
SBC AMERITECH             UNSECURED       NOT FILED              .00           .00
STATE FARM INSURANCE      UNSECURED       NOT FILED              .00           .00
SUPERIOR AMBULANCE        UNSECURED       NOT FILED              .00           .00
TCF BANK                  UNSECURED       NOT FILED              .00           .00
TCF BANK                  UNSECURED       NOT FILED              .00           .00
T MOBILE USA              UNSECURED       NOT FILED              .00           .00
US DEPT OF EDUCATION      UNSECURED       NOT FILED              .00           .00
WEST SUBURBAN BANK        UNSECURED       NOT FILED              .00           .00
WILL COUNTY CIRCUIT CT C  UNSECURED       NOT FILED              .00           .00
AMERICREDIT FINANCIAL     UNSECURED         1163.10              .00           .00
HSBC AUTO FINANCE         UNSECURED           86.76              .00           .00
     Summary of disbursements:
---------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  18500.00        .00      1249.86         .00      19749.86
PRINCIPAL PAID       1316.33        .00          .00         .00       1316.33
INTEREST PAID         101.04        .00          .00         .00        101.04
TOTAL PAID           1417.37        .00          .00         .00       1417.37
```

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   3500.00
and was paid $    500.00  direct and $       .00  through the plan.

The Trustee received $      82.63 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/12/09              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

```
                        PAGE   3
     CASE NO.  08 B 20053 MATTHEW THOMAS RIES & JHADE RIES
```